# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ERNESTAS BUTRIMAS** and **ANATANAS BUTRIMAS,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB** d/b/a **CHRISTIANA TRUST, etc.** and **INCREMENTUM PROPERTIES, LLC,**
Appellees.

No. 4D22-182

[February 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 20-14420 (11).

Natalie F. Guerra-Valdes of Valdes Law Firm, P.A., Fort Lauderdale, for appellants.

Ashley M. Elmore Drew of McMichael, Taylor & Gray, LLC, Deerfield Beach, for appellee Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, etc.

Cynthia M. Ramos of Shapiro Ramos, P.A., Miami, for appellee Incrementum Properties, LLC.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***